IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARRY DAVID DAVIS                                       PLAINTIFF

VS.                                 4:21CV00496-JM

DEXTER PAYNE                                         DEFENDANT

**ORDER**

Plaintiff has filed a Notice of Appeal with an attached Motion to File Second or Successive Habeas Corpus. Plaintiff has also filed an Application to Appeal in *forma pauperis*. In addition, the Court will consider the Notice of Appeal as a Motion for Certificate of Appealability. The motions are denied.

As amended in April 1996 by the Antiterrorism and Effective Death Penalty Act, § 2255 requires that all successive § 2255 motions be certified by the appropriate court of appeals before they are considered by the district courts. To the extent Plaintiff seeks leave to file a successive habeas corpus petition, the petition is dismissed for lack of jurisdiction. Petitioner has failed to obtain certification from the Court of Appeals for the Eighth Circuit as required. *See Boykin v. U.S.*, 242 F.3d 373 (8th Cir. 2000).

Further, Plaintiff has failed to make a substantial showing of the denial of a constitutional right and for this reason his Motion for Certificate of Appealability (ECF No. 11) is DENIED. Plaintiff's motion for leave to appeal in forma pauperis (ECF No. 12) is DENIED because an appeal taken from the order and judgment dismissing this action would be frivolous and not in good faith

IT IS SO ORDERED this 29th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE